MICHELE BECKWITH
Acting United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AISHA MOHAMED ABDO ALKHANSHALY,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL GOLDMAN, ET AL.,<br><br>Defendants. | CASE NO. 2:24-CV-02549-CKD<br><br>STIPULATION AND ORDER FOR THIRD EXTENSION OF TIME |

The Defendants respectfully request a third extension of time in which to respond to the Complaint, and counsel for Plaintiff does not oppose. This case concerns the visa application of Plaintiff's husband. The visa case of Plaintiff's husband is currently pending under administrative processing, following a July 2021 consular interview. The Department of State is reviewing additional documentation submitted by Plaintiff. The parties anticipate that this lawsuit will soon be rendered moot once the Department of State completes its adjudication of the visa case.

///

///

///

///

1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is February 26, 2025. The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated: January 27, 2025

MICHELE BECKWITH
Acting United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

Dated: January 27, 2025

By: /s/ JOSHUA L. GOLDSTEIN
JOSHUA L. GOLDSTEIN
Counsel for Plaintiff

ORDER

It is so ordered.

Dated: January 29, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE